In the Matter of ROBERT SALTZMAN et al., Copartners Doing Business as GRANT SQUARE LIQUOR STORE, et al., Respondents, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, et al., Appellants.

Submitted May 31, 1955; decided June 10, 1955.

*William I. Cohen* and *Jack Reinstein* for motion.

*Frank Leavitt* and *Paul Blank* opposed.

Motions for leave to appeal by Esquire Liquor Shop, Inc., Irving Rich and Abraham Weissman, and for stay granted.